IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOHNNY ORDAZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-2879-L-BW** |
| | § | |
| **JOHN DOE, DEA Special Agent,** | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On July 22, 2026, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 7) ("Report"), recommending that the court dismiss without prejudice this action pursuant to Federal Rule of Civil Procedure 41(b) as a result of Plaintiff's failure to prosecute and comply with a court order. Specifically, the Report explains that Plaintiff failed "to complete a summons that provides correct information as to whom and where the unidentified Defendant should be served and to file a renewed request for service by the USMS [United States Marshals Service] or other person appointed by the Court based on that summons prevents this case from progressing." Doc. 13 at 3.

No objections to the report were filed with the fourteen-day period for filing objections. Moreover, there is no indication from the docket sheet that Plaintiff has complied with the magistrate judge's June 5, 2026 order that directed him to: "(1) accurately and fully complete a summons for the unidentified Defendant by providing correct information as to whom and where Defendant should be served; and (2) file that summons with a renewed motion requesting the Court to appoint a deputy United States Marshal or other person specially appointed by the Court to serve process pursuant to Federal Rule of Civil Procedure 4(c)(3)" by July 2, 2026.

Having considered the Report, file, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) as a result of Plaintiff's failure to prosecute and comply with a court order.

**It is so ordered** this 27th day of August, 2026.

Sam A. Lindsay
United States District Judge